UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :   MAGISTRATE NO.: 16-9280

v.  :   CRIMINAL ACTION

Stephan Ferraro  :   ORDER OF RELEASE

The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

(✓) Reporting, as directed, to U.S. Pretrial Services;

(✓) Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

( ) Mental Health testing/treatment as directed by U.S. Pretrial Services:

(✓) The defendant shall appear at all future court proceedings;

( ) Other:

_____   DATE 10/12/16
DEFENDANT

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
Honorable Anthony R. Mautone
U.S. Magistrate Judge

DATE 10/12/16